MARGARET C. THORP *vs.* WM. T. THORP.

A Circuit Court Commissioner has no authority to make an order allowing alimony.

*Manistee Circuit*, 1871.

*S. W. Fowler*, for Complainant.

*Benedict & Ramsdell, Contra.*

*By the Court*, RAMSDELL, J.—Under our statutes a Circuit Court Commissioner has no jurisdiction to hear an application and make an order for alimony, and the order heretofore made by D. W. Dunnett, Circuit Court Commissioner for this county, for that purpose, in this case is therefore void.